UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                          :
  OLIVET UNIVERSITY,                                      :
                                                          :
                                  Plaintiff,              :        25-CV-10537 (JMF)
                                                          :
                   -v-                                    :        ORDER
                                                          :
  NANCY COOPER et al,                                     :
                                                          :
                                  Defendants.             :
                                                          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Complaint in this case was filed with the Court on December 18, 2025, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendants. In view of that and the lack of an appearance by Defendants, the initial pretrial conference currently scheduled for March 19, 2026, *see* ECF No. 2, is ADJOURNED to **April 30, 2026, at 9:00 a.m.**

        Plaintiff is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause. If Plaintiff believes that Defendants have been served, Plaintiff shall promptly communicate with the Court, in writing, when and in what manner such service was made. If not, Plaintiff shall promptly file proof of service after service is made.

        Finally, Plaintiff is directed (1) to notify Defendants' attorneys in this action by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court by **March 12, 2026**. If unaware of the identity of counsel for Defendants, counsel receiving this order must forthwith send a copy of this Order to that party personally.

        SO ORDERED.

Dated: March 9, 2026
       New York, New York                          _____
                                                          JESSE M. FURMAN
                                                          United States District Judge