UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| OLIVET UNIVERSITY,<br><br>Plaintiff,<br><br>-v-<br><br>NANCY COOPER et al.,<br><br>Defendants. | : | 25-CV-10537 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

On August 20, 2026, the Court received the attached email from Plaintiff's counsel in this action. In light of counsel's inquiry, the Court clarifies that it did indeed stay discovery pending resolution of Defendants' motion to dismiss, ECF No. 21, at the April 30, 2026 conference. To the extent counsel seeks the transcript of that conference, the Court notes that it was not held on the record. Moreover, at the close of the conference, both parties confirmed that there was no need to maintain, let alone transcribe, the recording.

The Court reminds counsel that substantive communications with the Court should be by letter filed on the docket, not by email.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

**From:** Yen-Yi Anderson
**To:** Furman NYSD Chambers; Sara Tesoriero; Cameron Stracher
**Cc:** William Anderson
**Subject:** Re: Order Transcript for SDNY Case #1:25-cv-10537-JMF for Conference Dated 4/30/26 with 3 Day Service
**Date:** Thursday, August 20, 2026 12:00:38 PM

---

**CAUTION - EXTERNAL:**

Dear Chambers,

We were seeking the record for the brief conference that was held on 4/30/26 because we could not find confirmation on the docket that discovery in this case has been stayed and our notes from the call did not contain this detail. This is important to us because the proposed case management order from ECF No. 20-1 stated "All fact discovery shall be completed no later than 8/28/2026," but the procedural posture of the case as it currently stands still remains at the pre-motion to dismiss decision. Could you please kindly advise?

Thank you so much in advance.

Sincerely,
Yen-Yi

> On Aug 19, 2026, at 3:38 PM, Ashley Lucca <Alucca@sdreporters.com> wrote:
>
> Good afternoon! We have no entries in our system under that case number. I had 1 stenographer with judge Furman on 4/30/2026 for only 1 case. 22cv6124; People of the State of New York v. Arm or Ally, LLC et al. You may want to reach out to the judges chambers to inquire if it was held on the record at all. Thank you!
>
> ---
>
> **From:** Will Anderson <w.anderson@aalawpc.com>
> **Sent:** Wednesday, August 19, 2026 3:12 PM
> **To:** orders <orders@sdreporters.com>
> **Cc:** Yen-Yi Anderson <y.anderson@aalawpc.com>
> **Subject:** Re: Order Transcript for SDNY Case #1:25-cv-10537-JMF for Conference Dated 4/30/26 with 3 Day Service
>
> Hello SD Reporters,
>
> Our firm would like to order the transcript for SDNY Case #1:25-cv-10537-JMF for the Court Conference dated 4/30/26 with 3 day service. We tried to order it through ETranscripts service. However, we were referred to SD Reporters. Could you please kindly let us know whether this is possible?

Thank you!

Sincerely,

Will
<image001.png>

On Aug 19, 2026, at 10:51 AM, ETranscripts NYSD <etranscripts@nysd.uscourts.gov> wrote:

Good morning,

We regret to inform you that there is no audio available for this request as this Judge does not record, therefore we will not be able to fulfill your request.

To order a transcript of a hearing with a Court Reporter that was present for the hearing, requests should be sent to:

orders@SDReporters.com for Manhattan cases
WPTranscripts@NYSD.USCourts.Gov for White Plains cases

Thank you,
Judy Seto

On Aug 19, 2026, at 10:17 AM, Will Anderson <w.anderson@aalawpc.com> wrote:

Hello,

Our firm would like to order the transcript for SDNY Case #1:25-cv-10537-JMF for

the Court Conference dated 4/30/26 with 7 day service. Please see the form attached. Could you please kindly let us know whether this works?

Thank you!

Sincerely,

Will

<Electronic Court Recording Transcript Request Form ECR .pdf>

<Signature.png>

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.